01
02
03
04
05
06
07
08  UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    AT SEATTLE
09

10  UNITED STATES OF AMERICA,         )
                                      )
11          Plaintiff,                )   Case No. CR08-159-MJP
                                      )
12      v.                            )
                                      )
13  OSCAR MANUEL VARGAS-FELIX,        )   DETENTION ORDER
                                      )
14          Defendant.                )
    _____ )
15

16  Offenses charged:

17      Count 1:  Conspiracy to Distribute Cocaine and Methamphetamine, in violation of 21

18              U.S.C. §§ 841(a)(1), 841 (b)(1)(A), 841(b)(1)(B) and 846.

19  Date of Detention Hearing:  May 9, 2008

20      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

21  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

22  the following:

23  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

24      (1)  Defendant has stipulated to detention due to non-legal status, but reserves the

25  right to contest his continued detention if there is a change in circumstances.

26      (2)  There are no conditions or combination of conditions other than detention that

will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of May, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge